## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A CRIMINAL COMPLAINT

I, Luis Gonzalez-Encarnacion, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with Homeland Security Investigations and have been since December 2023.  I am currently assigned to the Immigration Crimes Group in San Juan, Puerto Rico.  Prior to my appointment as a Homeland Security Investigations Special Agent, I was appointed in 2019 as a Border Patrol Agent with the United States Border Patrol.  As a Homeland Security Investigations Special Agent, I have received formal and on the job training and I am authorized to investigate violations of laws of the United States and to execute and serve any order, subpoena, summons, warrant, or other process issued under the authority of the United States.  I am familiar with the statutes of the United States Code, and as a federal law enforcement officer, I have participated in investigations, surveillance, interviews, interrogations, arrests, searches, seizures, administration of oaths, and in taking and considering evidence concerning the privilege of any person to enter, reenter, pass through, or reside in the United States.  Based on my law enforcement experience detailed herein, as well as my training, and experience of other law enforcement officers who are participating in this investigation, serve as the basis for the conclusion set forth herein.

2.      This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal complaint and does not set forth all of my knowledge about this matter.  I make this affidavit based on my own personal knowledge and on oral and written reports by other federal, state, and/or local law enforcement agents and officers that investigated this matter. This affidavit does not contain all the information derived from this investigation only that which is sufficient to demonstrate probable cause to believe that a crime has been committed.

3.      Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of **8 U.S.C. 1326(a) and (b)(2)– *Reentry of removed alien subsequent to an aggravated felony conviction*** has been committed by **Calin HERNADEZ-Valdez (HERNANDEZ-Valdez).**

## PROBABLE CAUSE

4.      On November 12, 2025, Homeland Security Investigations (HSI) agents along with Enforcement Removal Operations (ERO) Deportation Officers (DOs) where conducting title 8 consensual encounters in the San Juan, PR, area.  While driving through the Calle 4 SE in Puerto Nuevo, San Juan, PR when **HERNANDEZ-Valdez** was encountered in the sidewalk.

5.      **HERNANDEZ-Valdez** was approached by HSI agents with clear police markings and performed and immigration examination to which he replied he did not have the proper documentation to be or to remain in the United States.

6.      An identification in **HERANDEZ-Valdez** possession, issued by the Dominican Consulate located in San Juan, PR. Subsequently, HSI agents performed an immigration inspection and determined that **HERNANDEZ-Valdez** was not in possession of a valid unexpired immigrant visa, reentry permit, border crossing identification card, or other valid entry document, and a valid unexpired passport, or other suitable document, or document of identity and nationality to enter, pass through, or remain in the United States.  HSI determined that **HERNANDEZ-Valdez** is inadmissible to the United States, and agents arrested and transported **HERNANDEZ-Valdez** to an Enforcement Removal Operations (ERO) Office in San Juan for further processing.

7.      Further immigration records checks revealed the following:

8.      Immigration documents indicate prior encounters with **HERNANDEZ-Valdez** where on November 18, 2013, he was encountered in Barceloneta, PR, under the name of **Aladino**

2

**HERNANDEZ-Guerrero**. Border Patrol Agents then determined **HERNANDEZ-Valdez** to be unlawfully present in the United States. On April 9, 2015, **HERNANDEZ-Valdez** was issued a Final Order of Removal and subsequently removed on April 23, 2015, from the United States to the Dominican Republic after a conviction for a felony offense.

9.    As to **HERNANDEZ-Valdez** criminal history, record checks revealed the following:

10.    On November 21, 2013, **HERNANDEZ-Valdez** was indicted for Conspiracy to Smuggle Illegal Aliens to the United States in violation of Title 8 USC Section 1324(a)(1)(A)(i); and Transporting Illegal Aliens within the United States in violation to Title 8 USC Section 1324(a)(1)(A)(ii).    On February 19, 2014, **HERNANDEZ-Valdez** pleaded guilty and was convicted for count one of the indictment in violation of Title 8 USC Section 1324(a)(1)(A)(v)(I). On April 7, 2015, **HERNANDEZ-Valdez** was sentenced to Time Served for his conviction for Conspiracy to Smuggle Illegal Aliens to the United States in violation of Title 8 USC Section 1324(a)(1)(A)(v)(I), an aggravated felony offense. Upon his release from imprisonment, **HERNANDEZ-Valdez** had to serve Three Years of Supervised Release.

11.    Record checks also revealed that as of November 12, 2025, **HERNANDEZ-Valdez** had not submitted an application requesting permission to enter the United States (Form I-212) before the United States Citizenship and Immigration Services ("USCIS"). Thus, **HERNANDEZ-Valdez** has not obtained consent from the Secretary of Homeland Security to enter the United States, nor does he have any immigration documents allowing him to legally enter and/or remain in the United States.

12.    On November 12, 2025, **HERNANDEZ-Valdez** a national and citizen of the Dominican Republic, was found in the United States after been previously removed from the

United States. **HERNANDEZ-Valdez** was not admitted, inspected, or paroled into the United States by an immigration officer, nor did **HERNANDEZ-Valdez** present himself at a designed port of entry for inspection.

## CONCLUSION

13.     Based on the forgoing, and based upon my training, experience and participation in this and other investigations, I believe that sufficient probable cause exists to demonstrate that **HERNANDEZ-Valdez** reentered the United States after being removed in violation of **8 U.S.C. 1326(a) and (b)(2)**– *Reentry of removed alien subsequent to an aggravated felony conviction*.

Respectfully submitted,

LUIS O GONZALEZ-ENCARNACION
Digitally signed by LUIS O GONZALEZ-ENCARNACION
Date: 2025.11.14 10:52:28 -04'00'

Luis Gonzalez-Encarnacion
Special Agent
Homeland Security Investigations

Sworn pursuant to FRCP 4.1 at __12:23pm__ by telephone, this __14th__ day of November, 2025.

**Mariana E. Bauza Almonte**
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF PUERTO RICO

4